# MINUTE ORDER

Page 2

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 04/30/19    Time: 1:30 p.m.

Defendant: GREGORY RAY BLOSSER    J#: 18119-104    Case #: 19-2670-MJ-LOUIS SEALED
AUSA: Ilham Hosseini    Attorney: AFPD Joaquin Padilla
Violation: D/MD/WARR/COMP/WIRE FRAUD    Surr/Arrest Date: 04/29/19    YOB: 1981

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ○ Yes ○ No    Recommended Bond:
Bond Set at:    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
Defendant advised of rights and charges

Complaint Unsealed

Defendant sworn; AFPD appointed

Govt rec PTD based on risk/flight; requests 3 days for hearing

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
**PTD Hearing:**    5/3/19    10:00 a.m.    Duty/Miami
**Removal Hearing:**    5/14/19    10:00 a.m.    Duty/Miami
Status Conference RE:
D.A.R. 14:54:12    Time in Court: 6 mins

s/Lauren F. Louis    Magistrate Judge